**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| CHARLES GARY BLANKENSHIP II and CHRISTI LYNN BLANKENSHIP, | ) ) ) | |
| *Plaintiffs*, | ) ) | Case No. 1:26-cv-4 |
| v. | ) ) | Judge Atchley |
| | ) ) | Magistrate Judge Dumitru |
| BOUNDLESS MOVING & STORAGE LLC and RLI INSURANCE COMPANY, | ) ) ) | |
| *Defendants*. | | |

**ORDER**

On April 10, 2026, United States Magistrate Judge Michael J. Dumitru filed a Report and Recommendation [Doc. 15] pursuant to 28 U.S.C. § 636(b) and the Rules of this Court. The Magistrate Judge recommends, due to Plaintiffs' failure to file an amended complaint and comply with various IFP requirements as ordered in the Court's March 16, 2026, Order [Doc. 14], that Mr. Blankenship's IFP application [Doc. 1] be denied as moot with no filing fee assessed, Plaintiffs' claims be dismissed without prejudice, and this case closed. [Doc. 15]. In essence, Plaintiffs have failed to prosecute their case and follow Orders of the Court. Plaintiff has not filed an objection to the Report and Recommendation.[1] The Court has nonetheless reviewed the Report and Recommendation, as well as the record, and agrees with Magistrate Judge Dumitru's well-reasoned conclusions.

---

[1] Magistrate Judge Dumitru advised that the parties had 14 days in which to object to the Report and Recommendation and that failure to do so would waive any right to appeal. [Doc. 15 at 5 n.1]; *see* Fed. R. Civ. P. 72(b)(2); *see also Thomas v. Arn*, 474 U.S. 140, 148-51 (1985) ("It does not appear that Congress intended to require district court review of a magistrate judge's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings.").

Accordingly, the Court **ACCEPTS** and **ADOPTS** Magistrate Judge Dumitru's findings of fact and conclusions of law as set forth in the Report and Recommendation [Doc. 15]. Plaintiff's Complaint [Doc. 11] is hereby **DISMISSED WITHOUT PREJUDICE**. Plaintiff's Application to Proceed In Forma Pauperis [Doc. 1] is **DENIED AS MOOT** with no filing fee assessed.

    **AN APPROPRIATE JUDGMENT WILL ENTER.**

    **SO ORDERED**.

                                                 */s/ Charles E. Atchley, Jr.*
                                                 **CHARLES E. ATCHLEY, JR.**
                                                 **UNITED STATES DISTRICT JUDGE**